Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

ANNA BURKE, as Administratrix of the Estate of BENJAMIN F. BURKE, Deceased, Respondent, *v.* GEORGE HOLTZMANN, Appellant.

*Burke* v. *Holtzmann*, 117 App. Div. 292, affirmed.
(Argued November 15, 1909; decided November 30, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover damages alleged to have been sustained by plaintiff's intestate through the refusal of the defendant, as commissioner of public works of the city of Schenectady, to allow such intestate, as a veteran of the Civil War, a preference in appointment as laborer in such department of public works.

*Daniel Naylon, Jr.*, for appellant.

*Alonzo P. Strong, Alvah Fairlee* and *Marvin H. Strong* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch, J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

ALMA H. POTTER, as Administratrix of the Estate of ALVIN POTTER, Deceased, Appellant, *v.* CHARLES P. H. GILBERT, Respondent.

*Potter* v. *Gilbert*, 130 App. Div. 632, affirmed.
(Argued November 15, 1909; decided November 30, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered March 5, 1909, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*Leavitt J. Hunt* and *Robert McLeod Jackson* for appellant.

*William B. Hornblower*, *W. W. Miller* and *J. Norris Miller* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

HOFFMAN HOUSE, NEW YORK, as Trustee, Respondent, *v.* ELIZUR V. FOOTE, as Executor of EDWARD S. STOKES, Deceased, Appellant.

*Hoffman House, New York, as Trustee*, v. *Foote*, 126 App. Div. 944, affirmed.

(Argued November 16, 1909; decided November 30, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 6, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover moneys alleged to have been held by plaintiff under a certain assignment or trust agreement and wrongfully withdrawn and misappropriated by defendant's testator.

*Arthur C. Rounds* for appellant.

*Charles Haldane* and *David McClure* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.